UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PAUL SYKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:16 CV 70 |
| | ) |
| LAGRANGE COUNTY CIRCUIT COURT, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

On August 10, 2016, Magistrate Judge Collins ordered plaintiff to show cause why he should not be sanctioned under Federal Rule of Civil Procedure 16(f)(1) for failing to appear at the Rule 16 Preliminary Pretrial Conference. (DE # 30.) Plaintiff then failed to appear at the Show Cause Hearing on September 13, 2016. (DE # 35.) Plaintiff was again ordered to show cause and was cautioned that failure to appear may result in the dismissal of this case. (DE # 36.) Once again, plaintiff failed to appear (DE # 37.)

Magistrate Judge Collins has issued a Report and Recommendation that plaintiff's case be dismissed as a sanction pursuant to Rue 16 for failure to appear and also dismissed pursuant to Rule 41(b) for failure to prosecute. (DE # 38.) The parties were afforded 14 days to file objection. (*Id.* at 5.) That time has passed and no objections have been filed.

Therefore, the court **ACCEPTS and ADOPTS** Magistrate Judge Collins's report and recommendation. (DE # 38.) This case is **DISMISSED WITH**

**PREJUDICE** pursuant to Rules 41(b) and 16(f)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: October 24, 2016

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT